IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| UNITED STATES OF AMERICA | |
|---|---|
| Plaintiff | |
| vs | CRIMINAL 13-0425CCC |
| EDWIN FUENTES-CORREA | |
| Defendant | |

## ORDER

Having considered the Report and Recommendation filed on August 2, 2013 (**docket entry 7**) on a Rule 11 proceeding of defendant Edwin Fuentes-Correa before U.S. Magistrate Judge Silvia Carreño-Coll on July 24, 2013, to which no objection has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since July 24, 2013. The **sentencing hearing is set for October 29, 2013 at 4:40 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on August 26, 2013.

S/CARMEN CONSUELO CEREZO
United States District Judge